IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 08–cv–00199–RPM–CBS

STEPHON BLACK,

    Plaintiff,

v.

MR. BIGGS OF COLORADO SPRINGS, LLC,
a Colorado limited liability company,

    Defendant.

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT**

This matter comes before the Court upon the Defendant's Unopposed Motion for Leave to File a Third-Party Complaint pursuant to Fed.R.Civ.Pro. 14(a)(1) against the polygrapher involved in this case. The Court, having considered the premises therein, and the Court's file, HEREBY GRANTS THE MOTION. Defendant Mr. Biggs of Colorado Springs, LLC may file a Third-Party Complaint pursuant to Fed.R.Civ.Pro. 14(a)(1) on or before June 13, 2008, the deadline for joinder of parties and amendment of pleadings as set forth in the Scheduling Order (#8).

Dated this 8th day of May, 2008

                              BY THE COURT
                              s/Richard P. Matsch

                              Richard P. Matsch, Senior District Judge