IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00199-RPM-CBS

STEPHON BLACK,

    Plaintiff,

v.

MR. BIGGS OF COLORADO SPRINGS, LLC,
a Colorado Limited Liability Company,

    Defendant and Third-Party Plaintiff,

v.

DANNY JOE RILEY a/k/a D. J. Riley, and
RILEY AND ASSOCIATES, INC.,

    Third-Party Defendants.

---

# MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Third-Party Defendants "Unopposed Motion for Leave of Court to Participate in Settlement Conference by Telephone" (*doc. no. 20)* is **GRANTED**. The insurance adjuster for Third-Party Defendants is permitted to participate in the June 16, 2008 settlement conference by telephone and shall provide counsel with the proper contact information so he/she can be reached, as needed, during the settlement conference.

**DATED:**    May 28, 2008