IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00199-RPM-CBS

STEPHON BLACK,

    Plaintiff,

v.

MR. BIGGS OF COLORADO SPRINGS, LLC,
a Colorado Limited Liability Company,

    Defendant,

v.

DANNY JOE RILEY a/k/a D.J. RILEY and
RILEY AND ASSOCIATES, INC.,

    Third-Party Defendants.

---

## ORDER DISMISSING THIRD-PARTY COMPLAINT

---

    Pursuant to the Stipulation for Dismissal of Third-Party Complaint [26] filed on July 29, 2008, it is

    ORDERED that the Third-Party Complaint is dismissed with prejudice, each party to pay their own costs and attorney fees.

    Dated: July 30th, 2008

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge