# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08–cv–00199–RPM–CBS

Stephon Black,

    Plaintiff,

v.

Mr. Biggs of Colorado Springs, LLC,

    Defendant and Third Party Plaintiff

v.

Danny Joe Riley a/k/a D.J. Riley

    Third Party Defendant.

_____

**ORDER GRANTING UNOPPOSED MOTION TO DISMISS WITH PREJUDICE**
_____

THE COURT having reviewed the Unopposed Motion to Dismiss with Prejudice of the action and being otherwise fully advised in the premises does hereby:

ORDER that this action is dismissed with prejudice with each party to bear its own attorneys' fees and costs.

DATED: October 9, 2008

                                  By the Court:

                                  s/Richard P. Matsch
                                  _____
                                  U.S. District Court Judge Matsch